```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

BRENDA BRANSCUM, as Mother and
Next Friend of Clayton Branscum,
and CLAYTON BRANSCUM                                PLAINTIFF

VS.                    CASE NO. 06-3038

STEVE GOSSER, in his individual
and official capacity, et al.                       DEFENDANTS

**O R D E R**

Having reviewed plaintiffs' complaint, it appears to the Court that the events alleged by plaintiffs occurred in the Eastern District of Arkansas and that the defendants are also located in the Eastern District. Accordingly, the proper venue for this action is the Eastern District of Arkansas and the action is hereby **TRANSFERRED** to that district. *See* 28 U.S.C. § 1391(b) and 1406.

IT IS SO ORDERED this 6th day of July 2006.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE